IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01543-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 67.190.191.49,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe filed August 19, 2013 pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 12), it is

ORDERED that Defendant John Doe, Subscriber Assigned IP Address 67.190.191.49, is **DISMISSED WITH PREJUDICE** and this case is terminated.

Dated:  August 22, 2013

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Senior United States District Judge